## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Luis T. Rivera, hereby swear and affirm as follows:

1. I am a Special Agent (hereinafter "SA") with the Federal Bureau of Investigation (hereinafter "FBI") and, as such, I am charged with enforcing all federal laws in all jurisdictions of the United States, its territories and possessions. I have been employed as an FBI Special Agent since 2018. As an FBI Special Agent I have received extensive training in the investigation of violations of federal and state law. I have been trained in numerous investigative methods that involved personally obtaining and assisting in the execution of federal search warrants, arrests, and filing criminal complaints. I am currently assigned to a squad that investigates Violent Crimes in the San Juan, Puerto Rico area.

2. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code. Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code. During my employment with the FBI, I have participated in violent crime investigations along with experienced FBI Special Agents (SAs) and other Task Force Officers (hereinafter "TFOs").

3. I make this affidavit based on the investigation conducted by myself and other federal, state, and local law enforcement agents and officers that personally investigated this matter. This affidavit does not contain all the information derived from this investigation; only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

4. This affidavit is submitted in support of an application for a complaint and an arrest warrant charging MUIS LIDINILAH (hereinafter LIDINILAH), a citizen of Indonesia, with violating Title 18, United States Code, Section 2241 (Aggravated Sexual Abuse).

5. On 12/26/2019, at approximately 2:15am, during a Carnival Cruise line Christmas Party

aboard the vessel Carnival Fascination, the suspect LIDINILAH offered to escort fellow crewmember and victim (hereinafter "Victim", a Indonesian national, adult, female) from the Promenade deck 9 aft back to her cabin 404.

6. The victim initially declined LIDINILAH's offer to be escorted, but LIDINILAH insisted. At this point, both LIDINILAH and victim made their way to the victim's cabin. Once outside and in front cabin 404, the victim opened her door with her cabin key and entered her room. LIDINILAH entered the room behind her without the victim's invitation to do so

7. LIDINILAH then pushed the victim on to the bottom bunk bed and placed his body on top of the victim as to prevent her from getting up. LIDINILAH kissed the victim on the lips against her will while the victim verbally told LIDINILAH to stop. LIDINILAH continued to kiss the victim and fondled her breast over her clothing. The victim continued to verbally tell LIDINILAH to stop and at the same time attempted to get him off her body.

8. During this interaction, LIDINILAH placed his right hand underneath the victim's shorts and panties and digitally penetrated her vagina against her will. The victim threatened to scream for help to get him to stop. LIDINILAH then stopped and removed his hand from her vagina. LIDINILAH then left the room leaving his nametag from his shirt inside the victim's room.

9. A few minutes passed, and the victim's cabin mate came into their cabin. The victim informed her cabin mate about the incident. On 12/27/2019, the victim reported the incident to the security personnel at Carnival. She was offered medical assistance by the cruise ship physician, however a sexual assault case was not completed due to late reporting and the victim had taken several showers before reporting.

10. The victim and LIDINILAH have known each other for approximately one year through work. They had never engaged in any romantic or sexual relationship.

11. LIDINILAH was interviewed by the Carnival Security Personnel on 12/27/2019 and he admitted to the incident. He provided a written statement to the security personnel.

12. On 12/28/2019, Carnival Cruise Line Investigator John Bleier contacted the FBI to report the incident.

13. On 12/29/2019, the Carnival Fascination arrived in port at San Juan marina and the FBI conducted an investigation. FBI Special Agents conducted an interview with LIDINILAH and he admitted to forcefully penetrating the victim's vagina with his fingers against the victim's will.

14. The incident took place while the Carnival Fascination was located in international waters, approximately 23 nautical miles west of Dominica (Approximate GPS Coordinates 15.251667 N, 61.801667 W). The Carnival Fascination was enroute to St. Lucia from St. Kitts.

15. The Carnival Fascination is a merchant vessel registered in the name of Carnival Corporation (Headquarters: Miami, Florida), flagged to the Bahamas.

16. Based on information of this investigation and my experience, the undersigned has reason to believe that Charan violated Title 18, United States Code, Section 2241 (Aggravated Sexual Abuse).

17. I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, pursuant to the investigation conducted on this case.

Executed on this 29th day of December, 2019.

_____
Luis T. Rivera
Special Agent
Violent Crimes and Major Offenders
Federal Bureau of Investigation

Subscribed and sworn before me this 29th day of December, 2019, at San Juan, Puerto Rico.

_____
Honorable Camille L. Velez-Rive
United States Magistrate Judge
District of Puerto Rico